# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Richard William Bailey**<br>DOB: 1981; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>25-08022MJ |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) 1324(a)(1)(B)(i). ||

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about June 14, 2025, in the District of Arizona, **Richard William Bailey**, knowing and in reckless disregard of the fact that a certain illegal alien, Ignacio Ortiz-Astorga, Ramon Armando Montes-Gastelum, and Aidee De Jesus Trujillo, had come to, entered, and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On June 14, 2025, in the District of Arizona (Sonoita), at approximately 3:00 p.m., Border Patrol Agents (BPAs) were notified by camera operators at the Sonoita Border Patrol Station that they had observed a black Ford F-150 traveling on and performing a quick turnaround on Forest Service Road (FSR) 61 near Bodie Canyon. BPAs responded to the area and later observed the vehicle as it turned north on FSR 48 towards State Route (SR) 83. As the vehicle passed their location, BPAs observed multiple subjects in the front seat. BPAs began following the vehicle at a distance for further observations. As BPAs turned in a bend in the road near Scotia Canyon, they observed the F-150 stopped in the road and approximately three subjects wearing camouflage clothing running westbound into the Canyon. BPAs then exited their vehicle to pursue the subjects attempting to abscond while relaying the vehicle information to other responding BPAs. Other BPAs responded to the vehicles location and obtained visual of it as it traveled on Parker Canyon Road towards SR 83. BPAs initiated a vehicle stop and the driver, later identified as **Richard William BAILEY**, yielded. **BAILEY** was then removed from the vehicle and detained for suspicion of human smuggling. At Scotia Canyon, BPAs continued to search for the outstanding subjects and with the help of a Tucson Sector air asset, BPAs were able to locate and apprehend two subjects. BPAs conducted an immigration inspection on the two subjects, later identified as Ignacio Ortiz-Astorga, Ramon Armando Montes-Gastelum, and Aidee De Jesus Trujillo, and determined them to be citizens of Mexico, illegally present in the United States. Records checks revealed that Ignacio Ortiz-Astorga, Ramon Armando Montes-Gastelum, and Aidee De Jesus Trujillo do not possess the proper documentation to enter, pass through or remain in the United States legally.

Material witness Ignacio Ortiz-Astorga stated he is a citizen of Mexico, and he was going to pay $7,500 to be smuggled into the United States. He illegally crossed into the United States with four other subjects and a foot guide who guided them to a load up location where a black truck arrived, and the guide instructed the group to get in.
**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Ignacio Ortiz-Astorga, Ramon Armando Montes-Gastelum, and Aidee De

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn by telephone  x  ||
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Jacqueline M. Rateau* | DATE<br>June 16, 2025 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Chamblee

**Continued from front page.**                                              25-08022MJ

He stated he sat next to the driver but did not look at him because the foot guide had instructed him to keep his head down. They were in the vehicle approximately 20 minutes when the foot guide instructed the driver to stop so they could run out due to a vehicle that resembled a law enforcement vehicle driving behind them.

Material witness Ramon Armando Montes-Gastelum stated he is a citizen of Mexico, and he was going to pay $5,000 to be smuggled into the United States. He illegally crossed into the United States with two other subjects and a foot guide, and they walked for about an hour and a half until they reached a load up location. A black truck arrived, and the group was instructed by the foot guide to get into the vehicle. They were in the vehicle approximately 30 minutes until the driver instructed them to get out and run because a truck was behind him, and he was afraid it was law enforcement.

Material witness Aidee De Jesus-Trujillo stated she is a citizen of Mexico, and she was being charged 280,000 Mexican Pesos to be smuggled into the United States. She illegally crossed into the United States with four other subjects and a foot guide, and they walked for approximately one hour until they arrived at a location where the foot guide instructed them to get into a dark pickup truck which was driven by a male subject. She sat in the rear passenger seat and was in the truck for an unknown amount of time until the vehicle was stopped by Border Patrol and everyone except the driver ran from the vehicle. She was instructed to hide and wait for another vehicle to pick her up. She waited approximately 24 hours until she decided she wanted to turn herself in and walked to the nearest road where she was later apprehended by Border Patrol Agents.